Risa S. Christensen, Esq., CA Bar No. 227799
Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone:  (951) 686-4800
Fax:           (951) 686-4801
rsc@wagner-pelayes.com
dew@wagner-pelayes.com

Attorneys for Defendant,
COUNTY OF ORANGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MARTINEZ,<br><br>     Plaintiff,<br><br>     vs.<br><br>COUNTY OF ORANGE, A Public Entity; DOES 1 through 5, inclusive, each of who is sued individually and in their official capacity as Deputy for the Orange County Sheriff's Department; UNITED STATES OF AMERICA; DOES 6 through 10, inclusive, each of who is sued individually and in their official capacity as agents for the U.S. Department of Homeland Security,<br><br>     Defendants. | CASE NO.:<br>CV 14-00141 DOC (JPRx)<br><br>**ORDER RE STIPULATED DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41(a)(1) [26]**<br><br>*[Stipulated Dismissal Filed Concurrently Herewith]* |

1    Having reviewed the parties' stipulation in this matter, and for good cause, it is hereby ORDERED, ADJUDGED AND DECREED that pursuant to Fed.R.Civ.P.Rule 41(a)(1), all claims asserted by Plaintiffs against the COUNTY OF ORANGE, and the COUNTY OF ORANGE DOE defendants are hereby dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

DATED: November 19, 2014    *David O. Carter*
_____
UNITED STATES DISTRICT JUDGE

2
ORDER RE DISMISSAL